PROB 22
(Rev. 2/88)

## TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER (Tran. Court) | 1:CR-01-325-01 |
| DOCKET NUMBER (Rec. Court) | 2:06-CR-625-TJS |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| CORNELIUS, Dawn | Middle/PA | Harrisburg |

NAME OF SENTENCING JUDGE
The Honorable William W. Caldwell

| DATES OF SUPERVISED RELEASE | FROM 3/27/06 | TO 3/26/09 |
|---|---|---|

OFFENSE

Perjury, 10 USC § 1621
Conspiracy to Distribute Controlled Substance, Crack Cocaine, 21 USC § 846

---

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __MIDDLE__ DISTRICT OF __PENNSYLVANIA__

　　　　IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Eastern District of Pennsylvania__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| _10/23/06_ | _William W. Caldwell_ |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

---

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF __PENNSYLVANIA__

　　　　IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FILED
HARRISBURG, PA

NOV 2? 2006

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

| _November 6, 2006_ | _Timothy J. Savage_ |
|---|---|
| Effective Date | United States District Judge |