MARTIN C. CARLSON
Acting United States Attorney
G. MICHAEL THIEL
Assistant U.S. Attorney
311 Wm. J. Nealon Federal Building
Washington & Linden
Scranton, PA 18503
Phone: (570)348-2800

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:CR-01-0325-1 |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | SATISFACTION OF JUDGMENT |
| | ) | (Caldwell, J.) |
| | ) | |
| DAWN CORNELIUS, | ) | |
| Defendant. | ) | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Full satisfaction is hereby acknowledged of that certain judgment entered on May 10, 2002, in favor of the United States of America, against the above-named defendant. The Clerk is hereby authorized and directed to enter full satisfaction of record in this action.

DATED: November 19, 2007

MARTIN C. CARLSON
Acting United States Attorney

/s G. MICHAEL THIEL
G. MICHAEL THIEL
Assistant U.S. Attorney

KAREN M. MUSLOSKI
Paralegal Specialist